IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAMON A. RYAN, | ) | CASE NO. 4:04CV3235 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ARTHUR WELLS, INC., ARVIN MERITOR, INC., ARVIN INDUSTRIES, INC., MERITOR AUTOMOTIVE, INC., ROCKWELL INTERNATIONAL, INC. a/k/a ROCKWELL AUTOMATION, INC., FREIGHTLINER LLC, and SHELBE DAVIS, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Dana E. Washington for leave to withdraw as defendant counsel (#56). The record shows that defendant continues to be represented by other counsel.

IT THEREFORE IS ORDERED that the Motion to Withdraw (#  ) is granted.

DATED June 1, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

1