IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAMON A. RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3235 |
| | ) | |
| V. | ) | |
| | ) | |
| ARTHUR WELLS, ARVIN MERITOR, ARVIN INDUSTRIES, MERITOR AUTOMOTIVE, ROCKWELL INTERNATIONAL, FREIGHTLINER LLC, and SHELBE L. DAVIS, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

The motion of counsel for defendant Freightliner, LLC, to withdraw was granted on June 1, 2005. No new counsel has entered an appearance.

IT THEREFORE HEREBY IS ORDERED,

Defendant Freightliner is given five days from this date to obtain the services of substitute counsel and have that attorney file an appearance in its behalf.

DATED June 9, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge