IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAMON A. RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3235 |
| | ) | |
| V. | ) | |
| | ) | |
| ARTHUR WELLS, ARVIN MERITOR, ARVIN INDUSTRIES, MERITOR AUTOMOTIVE, ROCKWELL INTERNATIONAL, FREIGHTLINER LLC, and SHELBE L. DAVIS, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| RAMON RYAN, and TABROA RYAN, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:04CV517 |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| ARTHUR WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, the Rule 16 telephonic planning conference in the above-captioned actions has been continued to June 20, 2005 at 10:00 a.m.  Plaintiff's counsel shall place the call.

DATED this 14th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge