IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAMON RYAN, | ) | |
| | ) | 4:04CV3235 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ARTHUR WELLS, ARVIN MERITOR, | ) | |
| ARVIN INDUSTRIES, MERITOR | ) | |
| AUTOMOTIVE, ROCKWELL | ) | |
| INTERNATIONAL, FREIGHTLINER, | ) | |
| LLC, and SHELBE L. DAVIS | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| RAMON RYAN and LTABROA RYAN, | ) | |
| | ) | 8:04CV517 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ARTHUR WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation and motion for dismissal and Fed. R. Civ. P. 41,

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear its own costs and attorneys fees.

November 10, 2005.                    BY THE COURT:

                                      *s/ Richard G. Kopf*
                                      United States District Judge